## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN HOWARD STOLL, | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 17-3164 |
| TRANS UNION, LLC, et al., | : |
| Defendant. | : |

## ORDER

**AND NOW**, this __27th__ day of September, 2017, the Court having been advised that Plaintiff John Howard Stoll and Defendant Trans Union, LLC have reached a settlement in the above-captioned case, **IS HEREBY ORDERED AND DECREED** that this matter is **DISMISSED WITH PREJUDICE** as to Defendant Trans Union, LLC only, pursuant to the agreement of counsel.

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.